UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN BALLARD,<br>MID CENTRAL OPERATING ENGINEERS<br>HEALTH AND WELFARE FUND,<br><br>        Plaintiffs,<br><br>vs.<br><br>JACK ISOM CONSTRUCTION CO. INC.,<br><br>        Defendant. | No. 1:12-cv-1378-WTL-MJD |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Motion for Order to Show Cause. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

_William T Lawrence_

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Date: 9/09/14

Distribution:

Frederick W. Dennerline, III
FILLENWARTH DENNERLINE GROTH & TOWE LLP
fdennerline@fdgtlaborlaw.com