UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN BALLARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Cause No. 1:12-cv-1378-WTL-MJD |
| ) | |
| JACK ISOM CONSTRUCTION CO. INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On May 21, 2015, the Magistrate Judge submitted his Report and Recommendation on Plaintiff's Motion for Order to Show Cause. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation in its entirety.

SO ORDERED: 6/22/15

_William T Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**Copy by United States Mail to:**

Jack Isom Construction Co., Inc.
c/o Ruby Isom
622 S. SR 43
Reynolds, IN  47980

Copy to counsel of record via electronic notification